## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** :

**v.** : **CRIMINAL NO. 98-289**

**FRANCISCO IGLESIAS** :

### ORDER

AND NOW, this **3d** day of **MAY**, 2019, upon consideration of the Government's Motion to Dismiss Indictment and Quash the Arrest Warrant, it is hereby

### ORDERED

that Indictment No. 98-289, as it relates to the above-captioned defendant, is DISMISSED WITHOUT PREJUDICE. It is further ordered that the warrant issued for the arrest of defendant is hereby QUASHED.

BY THE COURT:

HONORABLE JOEL H. SLOMSKY
*Judge, United States District Court*